# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Randy Baker | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: DNCW301CR000045-001<br>　　　　　　　　DNCW301CR000145-001<br>USM Number:<br><br>Erin Taylor<br>Defendant's Attorney |

**THE DEFENDANT:**

<u>X</u>　admitted guilt to violation of condition(s) <u>1,2,3,4,6,7,9</u> of the term of supervision.
　　　Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation | 1/25/12 |
| 2 | New Law Violation | 1/25/2012 |
| 3 | New Law Violation | 1/25/2012 |
| 4 | New Law Violation | 2/8/2012 |
| 6 | New Law Violation | 2/21/2012 |
| 7 | Failure to Comply with Drug Testing/Treatment Requirements | 2/15/2012 |
| 9 | Failure to Report Contact with Law Enforcement Officer | 2/23/2012 |

　　　The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

<u>X</u>　The Defendant has not violated condition(s) <u>5,8,10,11</u> and is discharged as such to such violation(s) condition.

　　**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

　　　　　　　　　　　　　　　　　　　　　　　　Date of Imposition of Sentence: 4/26/2012

　　　　　　　　　　　　　　　　　　　　　　　　Signed: May 2, 2012

　　　　　　　　　　　　　　　　　　　　　　　　Max O. Cogburn Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Defendant: Randy Baker                                                                 Judgment-Page 2 of 2
Case Number: DNCW301CR000045-001
                  DNCW301CR000145-001

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWENTY TWO (22) MONTHS in 3:01cr45, and TEN (10) MONTHS in 3:10cr145, to run concurrent .</u>

| X | The Court makes the following recommendations to the Bureau of Prisons: |

- Designate close to Charlotte, NC.
- Participate in drug evaluation and treatment programs.
- Participate in mental health evaluation and treatment programs.

| X | The Defendant is remanded to the custody of the United States Marshal. |

| __ | The Defendant shall surrender to the United States Marshal for this District: |

   __ As notified by the United States Marshal.

   __ At___a.m. / p.m. on ___.

| __ | The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: |

   __ As notified by the United States Marshal.

   __ Before 2 p.m. on ___.

   __ As notified by the Probation Office.

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

                 _____
  United States Marshal

            By: _____
               Deputy Marshal

Defendant: Randy Baker                                                                                              Judgment-Page 3 of 3
Case Number: DNCW301CR000045-001
               DNCW301CR000145-001

## STATEMENT OF ACKNOWLEDGMENT

I understand that my term of supervision is for a period of _____months, commencing on _____ .

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I understand that revocation of probation and supervised release is mandatory for possession of a controlled substance, possession of a firearm and/or refusal to comply with drug testing.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.


(Signed)  _____        Date: _____
              Defendant

(Signed)  _____        Date: _____
              U.S. Probation Office/Designated Witness